# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

                            :

        vs.               :      **CRIMINAL ACTION**

                            :      **NO. 25-341-01**

MICHAEL SAGGINARIO

## <u>ORDER</u>

**AND NOW** this 13th day of November, 2025, following a hearing in open Court, the Court concludes that the government has proven by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community if Defendant is released pending trial. Accordingly, Defendant's motion for bail [Doc. 31] is **DENIED**.

BY THE COURT:

Jeffrey L. Schmehl

_____

**JEFFREY L. SCHMEHL, J.**