**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL ACTION** |
| | : | **NO. 25-341-01** |
| **MICHAEL SAGGINARIO**<br>**USM#46187-053** | | |

**ORDER**

**AND NOW,** this 21st day of August, 2026, it is hereby **ORDERED** that the Defendant's *pro se* motion to dismiss the indictment based on a structural grand jury defect [Doc. 71] is **DENIED**.

**BY THE COURT:**

***/s/ Jeffrey L. Schmehl***
**JEFFREY L. SCHMEHL, J.**