**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL ACTION** |
| | : | **NO. 25-341-01** |
| **MICHAEL SAGGINARIO** | | |

**ORDER**

**AND NOW** this 3rd day of September, 2026, it is hereby **ORDERED** that the Defendant's motion to dismiss Count One of the Superseding Indictment [Doc. 34] is **DENIED**,

**BY THE COURT:**

**Jeffrey L. Schmehl**

**JEFFREY L. SCHMEHL, J.**