**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **CRIMINAL ACTION** |
| | : | **NO. 25-341-01** |
| **MICHAEL SAGGINARIO** | | |

**ORDER**

**AND NOW** this 20th day of October, 2026, following a limited remand from the United States Court of Appeals for the Third Circuit, the Court, after making Findings of Fact, once again concludes that the government has proven by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community if Defendant is released pending trial.

**BY THE COURT:**

**Jeffrey L. Schmehl**

**JEFFREY L. SCHMEHL, J.**